NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of D.B., and D.O.,
children.

)
)
)
)
J.B.,
)
)
      Appellant,
)
)
v.
)
)
DEPARTMENT OF CHILDREN AND
)
FAMILIES and GUARDIAN AD LITEM
)
PROGRAM,
)
)
      Appellees.
)
)

Case No. 2D19-1995

Opinion filed November 13, 2019.

Appeal from the Circuit Court for
Pinellas County; Kimberly Todd, Judge.

Charalampos G. Demosthenous of The
Demosthenous Law Firm, Tampa, for
Appellant.

Bernie McCabe, State Attorney, and
Leslie M. Layne, Assistant State
Attorney, Clearwater, for Appellee,
Department of Children and Families.

Ryan C. Tyler of Boldt Law Firm, Boca
Raton, and Thomasina F. Moore of
Statewide Guardian ad Litem Office,
Tallahassee, for Appellee, Guardian ad
Litem.

PER CURIAM.

Affirmed.

LaROSE, BLACK, and BADALAMENTI, JJ., Concur.